**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | |
| **Martha Anne Floyd** | ) | Case No. _____ |
| **54 Joshua Lane** | ) | Chapter **13** |
| **Henderson, NC 27537** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| SS#  **xxx-xx-6646** | ) | |
| SS#  _____ | ) | |
| Debtor(s) | ) | |

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on **July 31, 2015**.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

**CHAPTER 13 PLAN SUMMARY**

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I.   Plan Payments**

The plan proposes a payment of __$387.00__ per month for a period of __48__ months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II.   Administrative Costs**

    **1.   Attorney fees.**
    ☑  The attorney for the Debtor will be paid the base fee of $3,700.00. The Attorney has received $__0.00__ from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.
    ☐  The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

    **2.   Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

**III.   Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

    **1.   Domestic Support Obligations ("DSO")**

    a.   ☑ None

    b.   The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
|  |  |  |

    c.   All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

    d.   Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
|  |  |  |

    **2.   Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| **-NONE-** |  |

IV. **Secured Claims**

1. **Real Property Secured Claims**

   a.  ☐ None

   b.  All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| **David A. Whitmore** | **Residence - 1998 28x76 Clayton Jamestown mobilehome & 1.650 acre lot located @ 54 Joshua Ln. Henderson NC (90% tax value)** | R | Y | $177.00 | $8,325.00 | T |
| **Vance County Tax Office** | **2011 property taxes** | NR | Y | $31.12 | $1,250.52 | T |
| **Vanderbilt Mortgage & Finance Company** | **Residence - 1998 28x76 Clayton Jamestown mobilehome & 1.650 acre lot located @ 54 Joshua Ln. Henderson NC (90% tax value)** | R | Y | $61.94 | $2611.90 | T |

2. **Personal Property Secured Claims**

   a.  ☑ None

   b.  Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

*To the extent that the valuation provisions of 11 U.S.C. § 506 do not apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

3. **Collateral to be Released**

The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| **-NONE-** | |

4. **Liens to be Avoided**

The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|

| Lien Creditor | Property |
|---|---|
| -NONE- | |

V. **Co-Debtor Claims**

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| -NONE- | | | |

VI. **General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is __**6**__% **or $646.00 whichever is less.**

VII. **Executory Contracts/Leases**

   a.   ✓ None

   b.   The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| | |

   c.   The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

VIII. **Special Provisions**

   a.   ☐ None

   b.   Other classes of unsecured claims and treatment

| Creditor | Basis for Classification | Treatment | Amount |
|---|---|---|---|
| **Cruizers 220** | **NSF check** | **Paid at 100%** | **$25.00** |

   c.   Other Special Terms

Date:   **July 31, 2015**          /s/ Donald D. Pergerson
                                    **Donald D. Pergerson 13069**
                                    Attorney for the Debtor
                                    Address:   **406 Dabney Drive**
                                               **P. O. Box 2289**
                                               **Henderson, N. 27536**
                                    Telephone:   **252-492-7796**
                                    State Bar No.   **13069**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  )
    **Martha Anne Floyd**  )    NOTICE TO CREDITORS
    )   AND
    )   PROPOSED PLAN
SS#   **xxx-xx-6646** )
SS#   )   Case No. _____
    Debtor(s)  )

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Reid Wilcox**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Richard M. Hutson, II**
**Chapter 13 Trustee**
**Durham Division**
**Post Office Box 3613**
**Durham, NC 27702-3613**

**ADT Security Services**
**3190 S. Vaughan Way**
**Suite 150**
**Aurora, CO 80014**

**Amerifinancial Solutions**
**PO Box 602570**
**Charlotte, NC 28260**

**Attorney General of the United States**
**US Department of Justice**
**950 Pennsylvania Ave. NW**
**Washington, DC 20530-0001**

**Cavalry Portfolio Services**
**500 Summit Lake Dr., Ste 400**
**Valhalla, NY 10595**

**CMRE Financial Services**
**3075 E. Imoerial Hwy.**
**Suite 200**
**Brea, CA 92821**

**Credit Bureau of Greensboro**
**P. O. Box 26140**
**Greensboro, NC 27402**

**Credit Financial Services**
**3710 University Dr. #218**
**Durham, NC 27707**

**Cruizers 220**
**c/o Claims Accounting**
**P.O. Box 30272**
**Tampa, FL 33630-3272**

**David A. Whitmore**
**103 Mickey Ln.**
**Henderson, NC 27537**

**Direct Merchants Bank**
**Card Member Services-GSC**
**PO Box 5246**
**Carol Stream, IL 60197**

**Duke Health Physicians**
**PO Box 900002**
**Raleigh, NC 27675**

**Duke University Hospital**
**Billing & Collections**
**5213 South Alston Ave.**
**Durham, NC 27713**

**Durham Diagnostic Imaging- Independence**
**PO Box 933393**
**Atlanta, GA 31193-0001**

**Fiji's Inc.**
**Attn: Recovery Operations**
**PO Box 7713**
**Marshfield, WI 54449-7713**

**Fingerhut Credit Account Services**
**Attn: Bankruptcy Dept.**
**PO Box 1250**
**Saint Cloud, MN 56395-1250**

**First Premier Bank**
**P.O. Box 5524**
**Sioux Falls, SD 57117-5524**

**First Premier Bank**
**P.O. Box 5524**
**Sioux Falls, SD 57117-5524**

**Henderson Emergency Physicians**
**566 Ruin Creek Rd.**
**Henderson, NC 27536**

**HSBC Bank**
**ATTN: Bankruptcy**
**Po Box 5253**
**Carol Stream, IL 60197**

**HSBC Bank**
**ATTN: Bankruptcy**
**Po Box 5253**
**Carol Stream, IL 60197**

**HSBC Card Services**
**PO Box 80084**
**Salinas, CA 93912-0084**

**HSBC Card Services**
**PO Box 80084**
**Salinas, CA 93912-0084**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**John B. Finch Attorney @ Law**
**4030 Wake Forest Rd.**
**Ste 300**
**Raleigh, NC 27609**

**Kanawha Insurance**
**P.O. Box 2000**
**Lancaster, SC 29721-2000**

**Maria Parham Anesthesia & Physiatry**
**568 Ruin Creek Rd.**
**Ste 128**
**Henderson, NC 27536**

**Maria Parham Medical Center**
**PO Box 59**
**Henderson, NC 27536**

**Mason Direct**
**1251 First Ave.**
**Chippewa Falls, WI 54774**

**Medical Payment Data**
**2001 9th Ave**
**Ste 312**
**Vero Beach, FL 32960**

**Midnight Velvet**
**1112 7th Avenue**
**Monroe, WI 53566-1364**

**N.C. Employment Security Commission**
**PO Box 26504**
**Raleigh, NC 27611**

**NC Department of Revenue**
**P.O. Box 25000**
**Raleigh, NC 27640-0002**

**Optimum Outcomes**
**Suite 600**
**421 Fayetteville St.**
**Raleigh, NC 27601-1792**

**Publishers Clearing House**
**101 Winners Circle**
**Port Washington, NY 11050**

**Reginald S.Hinton**
**Process Agent For NC Dept.Of Revenue**
**Post Office Box 25000**
**Raleigh, NC 27640-5000**

**Seventh Avenue**
**1112th Ave.**
**Monroe, WI 53566-1364**

**Swiss Colony Inc.**
**1112 7th Ave**
**Monroe, WI 53566**

**The Paragon**
**P.O. Box 2864**
**Monroe, WI 53566-8064**

**Tire's Plus**
**600 Hillsboro St.**
**Oxford, NC 27565**

**US Attorney**
**Middle District of NC**
**101 South Edgeworth St., Fourth Floor**
**Greensboro, NC 27401**

**Vance County EMS**
**122 Young St**
**Suite B**
**Henderson, NC 27536**

**Vance County Tax Office**
**122 Young Street**
**Suite E**
**Henderson, NC 27536**

**Vanderbilt Mortgage & Finance Company**
**Attn: Bankruptcy Dept.**
**P.O. Box 9800**
**Maryville, TN 37802**

**Vital Recovery Services**
**P.O. Box 923748**
**Norcross, GA 30010-3748**

**Wake Radiology Consultants,P.A.**
**P.O.Box 19368**
**Raleigh, NC 27619-9368**

**West Asset Management**
**2703  N. Highway 75**
**Sherman, TX 75090**

Date:    **July 31, 2015**                        **/s/ Donald D. Pergerson**
                                                  **Donald D. Pergerson 13069**