Form 252

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.:  15−80841

IN THE MATTER OF:
Martha Anne Floyd      xxx−xx−6646
54 Joshua Lane
Henderson, NC 27537

   Debtor(s)

## ORDER CONDITIONALLY DENYING DISMISSAL

    A hearing was held to determine whether this case should be dismissed as a result of the failure of the debtor(s) to pay the filing fee for this case in accordance with prior order(s) of this court. The court finds after hearing and consideration of the record in this case that the case shall not be dismissed at this time, provided that, in the event the debtor(s) subsequently fail(s) to timely pay any portion of the filing fee as required by an order of this court, this case shall be automatically dismissed without further notice or hearing.

Dated: 10/23/15

Benjamin A. Kahn
United States Bankruptcy Judge